IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

CARLOS MALDANADO TORRES,　　　　:
　　　　　　　　　　　　　　　　　　:
　　　　　　　Plaintiff　　　　　　:
　　　　　　　　　　　　　　　　　　:
　　　v.　　　　　　　　　　　　　:　　CIVIL NO. 4:CV-15-1656
　　　　　　　　　　　　　　　　　　:
WARDEN DEROSE, ET AL.,　　　　　:　　(Judge Brann)
　　　　　　　　　　　　　　　　　　:
　　　　　　　Defendants　　　　　:

## ORDER

November 4, 2015

In accordance with the accompanying Memorandum, **IT IS HEREBY**

**ORDERED THAT**:

    1.    Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915.

    2.    The Clerk of Court is directed to **CLOSE** the case.

    3.    Any appeal from this Order will be deemed frivolous, without probable cause and not taken in good faith.

BY THE COURT:


　s/ Matthew W. Brann　　　　　　
Matthew W. Brann
United States District Judge